# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-11958-RGK-KS | | Date | March 10, 2026 |
|---|---|---|---|---|
| Title | *Gary Schettini v. Rain Bird Corporation, Inc.* | | | |

**Present: The Honorable**    R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          **(IN CHAMBERS) Order Re: Order to Show Cause Re Jurisdiction**

On December 18, 2025, Gary Schettini ("Plaintiff") filed a class action complaint against Rain Board Corporation ("Defendant") for claims related a Defendant's handling of its customers' personal information, which was allegedly compromised after a data breach on Defendant's IT network. Plaintiff asserts the following claims: (1) negligence, (2) negligence *per se*, (3) unjust enrichment, (4) breach of implied contract, (5) breach of confidence, (6) violation of California's Unfair Competition Law (Cal. Bus. & Prof. Code §§ 17200, et seq.), and (7) violation of the California Consumer Records Act (Cal. Civ. Code §§ 1798.80, et seq.).

Plaintiff asserts diversity jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2). However, the statute stipulates that a district court "shall decline to exercise jurisdiction" over a class action in which, among other things, "greater than two-thirds of the members of all proposed plaintiff classes in the aggregate are citizens of the State in which the action was originally filed;" and at least one defendant is also a citizen of the State in which the action was originally filed. 28 U.S.C. § 1332(d)(4). The statute also states that "[a] district court may, in the interests of justice and looking at the totality of the circumstances, decline to exercise jurisdiction" over a class action in which greater than one-third but less than two-thirds of the members of the proposed classes, as well as the primary defendants, are citizens of the State in which the action was originally filed." 28 U.S.C. § 1332(d)(3). Here, Defendant is a California citizen, and Plaintiff has asserted claims governed by California law that the State would have an interest in adjudicating.

In light of the foregoing, the Court orders Plaintiff to **submit, in writing,** the facts upon which he relies to assert that the proposed class is comprised of less than one-third California citizens. Such response shall not exceed **five (5) pages** and must be submitted within **seven (7) days** from the date this Order is entered.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | JRE/vc |